## WALTER POE *v.* MARIA CHONA-GUILLEN
## (10270)

NORCOTT, LANDAU and HEIMAN, Js.

Argued February 18—decision released March 3, 1992

*John R. Williams,* for the appellant (plaintiff).
*Patty Jenkins Pittman,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.